# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

FIFTH THIRD BANK,

        Plaintiff(s),

v.

RICHARD C. MERTZ, JR., et al

        Defendant(s).
_____/

Case No. 14-11937

Judge Linda V. Parker

Magistrate Judge David R. Grand

## NOTICE OF CORRECTION

Docket entry number __32__, filed __May 1, 2015__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed to include the Partial Payment Order.
- ☑ Other: Docketed in Error

If you need further clarification or assistance, please contact __Richard Loury__ at __(810) 341-7064__.

DAVID J. WEAVER, CLERK OF COURT

Dated: May 1, 2015

s/ Richard Loury
Deputy Clerk